UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL & SUN ALLIANCE INSURANCE PLC,<br><br>Plaintiff,<br><br>v.<br><br>JACK MORTON WORLDWIDE, INC.,<br><br>Defendant. | Case No.: 3:21-cv-0410-BEN-AHG<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEY**<br><br>[ECF No. 10] |

Plaintiff Royal & Sun Alliance Insurance PLC ("RSA") filed a motion to substitute Sean Brew of the Law Office of Sean Brew for its current counsel, Andrew D. Kehagiaras of Roberts & Kehagiaras LLP.  The Court, having considered all documents, evidence, and arguments presented to it, grants RSA's motion and approves the substitution of Sean Brew in place of Andrew D. Kehagiaras.  The Clerk shall terminate Mr. Kehagiaras' receipt of efilings.

**IT IS SO ORDERED.**

Dated: April 1, 2021

_____
HON. ROGER T. BENITEZ
United States District Judge